JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WARNER, | Case No. CV 10-1472-CAS (DTB) |
| Plaintiff, | |
| vs. | J U D G M E N T |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings consistent with the Report and Recommendation.

DATED: January 10, 2012

*(signature)*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1